

# NATIONAL COURT ADMINISTRATION
## REPUBLIC OF KOREA
219 SEOCHO-DAERO, SEOCHO-GU, SEOUL, KOREA, 06590
Tel: 82-2-3480-1734, Fax: 82-2-533-2824

Mar 21, 2018
Our Ref: **2018-F-813**

**CENTRAL AUTHORITY FOR USA**
U.S. Department of Justice
Civil Division
Office of International Judicial Assistance
Benjamin Franklin Station
P.O. Box 14360
Washington, D.C. 20004
United States of America

Dear Sir/Madam,

The National Court Administration of the Republic of Korea presents its compliments to the U.S. Department of Justice Civil Division and has the honour to transmit a request which seeks for assistance for taking of evidence under the *Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*.

Please send all documentation concerning execution of the abovementioned request directly to the National Court Administration to the following address :

**National Court Administration**
**(Attn: Director of International Affairs)**
**219 Seocho-Daero, Seocho-Gu,**
**Seoul  06590**
**REPUBLIC OF KOREA**

Yours sincerely,

Kang Hyowon
Director of International Affairs
National Court Administration

APR  9  2018

CIV-189-3418-3

813

# REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS
### 민사 또는 상사의 해외증거조사협약에 따른 요청서

N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language.
However, the provisions of the second and third paragraphs may permit use of English, French or another language.
(주의사항 : 제4조 제1문에 의하여 촉탁서는 이를 집행할 수탁 당국의 언어로 작성하거나 그 언어로 된 번역문을 첨부하여야 합니다. 그러나 제2문, 제3문의 규정에 의하여 영어, 불어 그리고 다른 언어도 허용됩니다.)

In order to avoid confusion, please spell out the name of the month in each date.
(혼란을 피하기 위하여, 날짜를 쓸 때는 각 달의 이름을 쓰시기 바랍니다.)

Please fill out an original and one copy of this form.
(원본을 작성 후 사본 1부를 첨부하시기 바랍니다.)

| | | |
|---|---|---|
| 1. | Sender<br>(발송처) | National Court Administration<br>(Attn: Director of International Affairs)<br>219 Seocho-daero, Seocho-gu,<br>SEOUL 137-750<br>REPUBLIC OF KOREA |
| 2. | Central Authority of the Requested State<br>(수탁 국가의 중앙당국) | (identity and address)<br>U.S. Department of Justice<br>Civil Division<br>Office of International Judicial Assistance<br>Benjamin Franklin Station<br>P.O.Box 14360<br>Washington, D.C. 20004<br>United States of America |
| 3. | Person to whom the executed request is to be returned<br>(집행된 요청서의 수신처) | National Court Administration<br>(Attn: Director of International Affairs)<br>219 Seocho-daero, Seocho-gu,<br>SEOUL 137-750<br>the REPUBLIC OF KOREA |

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request
(촉탁당국의 요청서에 대한 회신이 언제까지 도착하기를 바라는지 구체적인 날짜를 기재하시기 바랍니다.)

Date
(날짜)

Reason for urgency*
(긴급을 요하는 이유)

\* Omit if not applicable.
(필요 없을 경우에는 삭제할 것.)

A2679

## IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

(협약 제3조에 따라 아래에 서명한 신청인은 다음의 촉탁서를 제출합니다.)

| | | |
|---|---|---|
| 5. a | Requesting judicial authority (Article 3,a) (촉탁 사법 당국) (제3조 1) | Seoul Central District Court 157, Seocho jungang-ro, Seochogu, Seoul, Korea. |
| b | To the competent authority of (Article 3,a) (집행할 관할 당국)(제3조 1) (모르는 경우에는 기재하지 말 것.) | |
| c | Names of the case and any identifying number (사건의 이름과 번호) | 2017 kahap 542241 |

6. Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3,b) (당사자 및 변호인들의 이름과 주소(수탁 국가내의 변호인들 포함*))(제3조 2)

| | | |
|---|---|---|
| a | Plaintiff (원고) | Chi Hyung Song |
| | Representatives (변호인) | Lawyer Suhak Lee |
| b | Defendant (피고) | LG ELECRONICS CO., LTD. |
| | Representatives (변호인) | BAE, KIM & LEE LLC   Lawyer Junghee Park, Jaesung Lee |
| c | Other parties (그 외) | |
| | Representatives (변호인) | |

\* Omit if not applicable.
(필요 없을 경우에는 삭제할 것.)

A2679

| | | |
|---|---|---|
| 7. a | Nature of the proceedings(divorce, paterniry, breach of contract, product liability, etc.) (Article 3,c) (절차의 성격(이혼, 친자, 계약위반, 생산물 책임, 기타 등등))(제3조 3) | compensation for employee invention |
| b | Summary of complaint (소장(청구)에 대한 요약) | The defendant did not make any compensation to the plaintiff, even though the defendant earned a huge amount of huge royalty income every year by using the patent which the plaintiff invented. Therefore, the plaintiff filed a lawsuit. |
| c | Summary of defence and counterclaim* (답변과 반소의 요약) | |
| d | Other necessary information or documents* (그 외 필요한 정보 및 문서*) | |
| 8. a | Evidence to be obtained or other judicial act to be performed(Article 3,d) (취득할 증거 또는 이행 할 그 밖의 사법적 처분)(제3조 4) | Application for fact reference<br>(a) The royalty amount and the basis for the calculation paid quarterly by MPEG-LA to LG ELECTRONICS CO., LTD. ("LG Electronics") due to LG Electronics' US 6,862,043 patent and its family patents, i.e. KR 252994 patent and CN 001179552 patent<br>(b) If there is no quarterly royalty paid by the AVC/H.264 patent pool for LG Electronics' US 6,862,043 patent and its family patents, the reasons why the patents have not earned any royalties, even though other patents that are part of the AVC/H.264 patent pool have earned royalties over the same period (e.g., Samsung Electronics' US 5,384,849 patent) |
| b | Purpose of the evidence or judicial act sought (증거 또는 사법적 처분을 요청하는 목적) | It is for the defendant to specify the specific benefit amount equivalent to the royalty obtained from the patented invention in this case. |
| 9. | Identity and address of any person to be examined (Article 3,e)* (신문 받을 자의 신원과 주소)* (제3조 5)* | Name    : MPEG LA, LLC<br>Address  : (00000) 4600 S. Ulster St., Suite 400 Denver, Co 80237<br>Phone NO : (303) 331-1880 |
| 10. | Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Article 3,f)* (신문받을 자에게 할 질문 또는 신문이 이루어질 소송물(주된내용)에 관한 설명)(제3조 6)* | |

* Omit if not applicable.
  (필요 없을 경우에는 삭제할 것.)

A2679

| | | |
|---|---|---|
| 11. | Documents or other property to be inspected (Article 3,g)* (증거조사가 이루어질 서류나 물건 (부동산, 동산 등))(제3조 7)* | |
| 12. | Any requirement that the evidence be given on oath or affirmation and any special form to be used (Article 3,h)* (증거가 선서 또는 서약에 의하여 제출되어야 하는 요건 및 사용될 특별한 형식)(제3조 8)* | (In the event that the evidence cannot be taken in the manner requested, specify whether it is to be taken in such manner as provided by local law for the formal taking of evidence) (신청하는 방식으로는 증거조사를 할 수 없을 시에, 현지의 방식대로라도 증거조사를 원하는지 명시하시기 바랍니다.)<br><br>if the evidence cannot be taken in the manner requested, we request such evidence be taken in such manner as provided by local law |
| 13. | Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (Articles 3, i)and 9)* (따라야 하는 특별한 방식 또는 절차) (예: 말로 또는 글로, 말한 그대로 글로, 글로 옮긴 기록 또는 요약, 반대신문, 기타 등등)(제3조 9, 제9조)* | (In the event that the evidence cannot be taken in the manner requested, specify whether it is to be taken in such manner as provided by local law) (신청하는 방식으로는 증거조사를 할 수 없을 시에, 현지의 방식대로라도 증거조사를 원하는지 명시하시기 바랍니다.)<br><br>if the evidence cannot be taken in the manner requested, we request such evidence be taken in such manner as provided by local law |
| 14. | Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7)* (촉탁서의 집행 시간과 장소를 관계 당사자 또는 대리인에게 알려 달라는 요청, 그리고 알려줘야 할 이의 신원과 주소)(제7조)* | |
| 15. | Request for attendance or participation of judicial personnel of the requestion authority at the execution of the Letter of Request (Article 8)* (촉탁서의 집행시에 촉탁 당국 법관의 출석 또는 참여 요청) (제8조)* | |

\* Omit if not applicable.
  (필요없을 경우에는 삭제할 것.)

A2679

| | | |
|---|---|---|
| 16. | Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11,b)* (촉탁국의 법에 의하여 증거제출을 거부할 특권이나 의무) (제11조 2)* | |
| 17. | The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by* (14조항과 26조항에 의한 요금과 비용의 상환 주체) | |
| | **DATE OF REQUEST** | |

**SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY**

Tae-sik Yoon

\* Omit if not applicable.
  (필요없을 경우에는 삭제할 것.)

A2679