## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 18-mc- 182-RBJ

Request for International Judicial Assistance From Seoul Central District Court, Seoul, Korea, Republic of Korea, *Chi Hyung Song v. LG Electronics, Co., Ltd.*, Case No.: 2017 kahap 542241

_____

### EX PARTE ORDER UNDER 28 U.S.C. § 1782(a)
_____

The United States of America, through counsel, is seeking to obtain certain evidence in the form of responses to certain questions, from Mpeg LA, LLC, for use in connection with a civil suit pending before the Seoul Central District Court, Seoul, Korea, Republic of Korea.

NOW, THEREFORE, good cause being shown, it is

ORDERED under 28 U.S.C. § 1782(a) and Fed. R. Civ. P. 33 and 45, that Assistant United States Attorney Juan G. Villaseñor be and hereby is appointed as Commissioner to (1) take such steps as are necessary to obtain the evidence from Mpeg LA, LLC; (2) submit the evidence to the Seoul Central District Court, Seoul, Korea, Republic of Korea; and (3) do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the Commissioner shall serve MPeg LA, LLC, with a copy of this Order and the Application.

Dated this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE